AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Crystal Cisco | ) | 3:26MJ5200 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

**1:06 pm May 05 2026**

**Clerk U.S. District Court
Northern District of Ohio
Toledo**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___04/12/26 through 05/04/26___ in the county of ___Allen___ in the ___Northern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Means of Extortion |
| 18 U.S.C. § 875(d) | Interstate Communications with Intent to Extort |
| 18 U.S.C. § 880 | Receiving the Proceeds of Extortion |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Chandler Cole, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: ___May 5, 2026___

*Judge's signature*

City and state: ___Toledo, Ohio___

Darrell A. Clay, United States Magistrate Judge
*Printed name and title*